THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ANDREW F. METELSKI, Appellant.

(Argued May 14, 1931; decided June 2, 1931.)

*W. Bartlett Sumner* and *Frank E. Freedman* for appellant.

*Guy B. Moore, District Attorney,* for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.